IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD NORMAN STATON,

      Plaintiff,

v.                                                        No. CV 18-550 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

      Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE MOTION TO REMAND OUT OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to File Motion to Remand Out of Time* (the "Motion"), (Doc. 20), filed December 19, 2018. In her Motion, Plaintiff's counsel states that she inadvertently filed the wrong document entitled *Motion to Remand*, (Doc. 19), on the record. (Doc. 20 at 1). Plaintiff's counsel now requests that the Court allow her to file the correct document on the record and instruct the Clerk to strike the incorrect motion from the case. *Id.* Having reviewed the Motion and noting it is unopposed, the Court finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall file her Motion to Remand by December 24, 2018. **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to strike Plaintiff's *Motion to Remand*, (Doc. 19), from the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE