IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD NORMAN STATON,

      Plaintiff,

v.                                                          No. CV 18-550 CG

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

      Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Memorandum Opinion and Order*, (Doc. 25), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE